UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------
BEAR STERNS MERCHANT MANAGER III, L.P.,

              Plaintiff,        08 Civ. 8733 (JGK)

      - against -          ORDER

DEMETER FINANCIAL GROUP, LLC,

              Defendant.
------------------------------------
JOHN G. KOELTL, District Judge:

    For the reasons stated on the record at the conference on **June 9, 2009**, the defendant's motion to transfer this action is **granted**. The Clerk is directed to transfer this case to the United States District Court for the Northern District of California, to close Docket Nos. 19 and 35, and to close this case on this Court's docket.

SO ORDERED.

Dated:    New York, New York
           June 9, 2009

                                        John G. Koeltl
                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/10/09